# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR193 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JESUS SALAZAR SALAZAR RODIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss Forfeiture Allegation (Filing No. 23) against Defendant, Jesus Heriberto Salazar Rodriguez. The Court has reviewed the record in this case and concludes the Plaintiff's Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss Forfeiture Allegation (Filing No. 23) against Jesus Heriberto Salazar Rodriguez is granted; and

2. The Forfeiture Allegation of the Indictment (Filing No. 1) against Jesus Heriberto Salazar Rodriguez is dismissed

DATED this 18th day of November, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge